COMMONWEALTH of Pennsylvania,
Respondent

v.

Jane C. ORIE, Petitioner.

Supreme Court of Pennsylvania.

Sept. 27, 2011.

**ORDER**

PER CURIAM.

**AND NOW,** this 27th day of September, 2011, the Petition for Allowance of Appeal and the Motion for Stay of Retrial Pending Disposition of Allocatur Petition, filed in the above matter, are each hereby **DENIED.**

Justice ORIE MELVIN did not participate in the consideration or decision of this matter.